IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**IRA JOSEPH CLAYTON**                                                                       **PETITIONER**

v.                                                              **No. 3:20CV323-MPM-RP**

**LYNN FITCH**                                                                                **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 2nd day of February, 2022.

                                                                       /s/ Michael P. Mills
                                                                       UNITED STATES DISTRICT JUDGE
                                                                       NORTHERN DISTRICT OF MISSISSIPPI